FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 JUN -3 PM 4: 50

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Augusta Division

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Audie Raynard Alston | ) | Case No: 1:06CR00084-1 |
| | ) | USM No: 12323-021 |
| Date of Original Judgment: June 14, 2007 | ) | Victor Hawk |
| Date of Previous Amended Judgment: Not Applicable | ) | Defendant's Attorney |
| *(Use Date of Last Amended Judgment if Any)* | | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroctive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[X] DENIED. [ ] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated June 14, 2007, shall remain in effect.

**IT IS SO ORDERED.**

Order Date: June 3, 2015

_____
Judge's signature

Effective Date: November 1, 2015
*(if different from order date)*

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*